UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

PAUL MUHIRWA GITWAZA,

   Plaintiff,

v.                                   No. 4:22-cv-00434-P

MERRICK B. GARLAND, ET AL.,

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 39. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Defendant's Motion for Summary Judgment is therefore **DENIED**. Plaintiff's Cross Motion for Summary Judgment is also **DENIED** as genuine issues of material fact exist.

Consistent with the Magistrate Judge's recommendation, the Court will conduct a hearing *de novo* on Plaintiff's Form N-400 Application. The Court hereby **SETS** the hearing for **10:00 am on Wednesday, February 21, 2024**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **21st day of December 2023.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE